USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/1/2022__

# LAW OFFICES OF
# DANIEL A. MCGUINNESS

260 MADISON AVE, 17TH FLOOR, NEW YORK
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

August 31, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Edwin Santiago*, 22-cr-107(AT)

Dear Judge Torres:

    I represent Edwin Santiago in the above-captioned matter. I write to request a modification of Mr. Santiago's Pretrial release status. Specifically, I request that Mr. Santiago be permitted to travel on September 1, 2022 and September 2, 2022 to and from Columbia University Irving Medical Center at 177 Fort Washington Avenue in Manhattan between the hours of 9:30am and 6:00pm to visit with his mother. Pretrial and the Government do not object to this request.

    Mr. Santiago's mother has been receiving palliative care for Stage IV cancer and has recently been hospitalized. I am informed that she has been placed on a respirator and Mr. Santiago has been told that he should visit to say his final goodbyes. As such, I am requesting that his home incarceration be modified to permit him to visit his mother in the hospital.

    I thank the Court in advance for its consideration of this matter.

                      Sincerely,

                      /s/
                      Daniel A. McGuinness

GRANTED.

SO ORDERED.

Dated: September 1, 2022
      New York, New York

                      ANALISA TORRES
                    United States District Judge