```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWIN SANTIAGO,

                      Defendant.

22 Cr. 107-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for **May 16, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge