Case 1:22-cr-00107-AT   Document 70   Filed 03/28/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/28/2023_

# LAW OFFICES OF
# DANIEL A. McGUINNESS

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

March 21, 2023

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Edwin Santiago*, 22-cr-107(AT)

Dear Judge Torres:

    I represent Edwin Santiago in the above-captioned matter. I write to request a modification of Mr. Santiago's Pretrial release status. Specifically, I am requesting Mr. Santiago's release status be modified from home detention to a curfew to be set at Pretrial's discretion. This request is brought at the suggestion and consent of Pretrial. The government takes no position.

    In suggesting the modification, Pretrial notes that Mr. Santiago is gainfully employed at a verified full-time position. Additionally, Mr. Santiago is attending weekly therapy sessions and reporting as directed. Pretrial notes that it is "well aware of sentencing approaching but still believe[s] that given all the efforts [Mr. Santiago] has made we can still monitor him appropriately via a curfew." As such, I respectfully request the modification to a curfew.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

GRANTED.

SO ORDERED.

Dated: March 28, 2023
       New York, New York

ANALISA TORRES
United States District Judge