USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2024

# LAW OFFICES OF
# DANIEL A. McGUINNESS

353 LEXINGTON AVE., SUITE 900, NEW YORK
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

February 26, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Edwin Santiago*, 22-cr-107(AT)

Dear Judge Torres:

    I represent Edwin Santiago in the above-captioned matter. I write to request a 30-day extension of surrender. This is the first such request. Mr. Santiago is scheduled to surrender before 2:00pm on February 29, 2024. I am seeking this extension because Mr. Santiago has not yet been designated to a facility. Mr. Santiago remains employed full-time. The Government consents to this request. Pretrial consents to an extension but requests the surrender date be set at a week after the designation is made. To provide a definite date of surrender, I respectfully request that Mr. Santiago's surrender date be extended by 30 days to allow time for designation to a facility.

    I thank the Court in advance for its consideration of this matter.

                                            Sincerely,

                                            Daniel A. McGuinness

GRANTED. Defendant shall surrender before **2:00 p.m.** on **April 1, 2024**.

SO ORDERED.

Date: February 26, 2024
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge