LAW OFFICES OF
# DANIEL A. MCGUINNESS
353 LEXINGTON AVE., SUITE 900, NEW YORK
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024

March 26, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Edwin Santiago, 22-cr-107(AT)</u>

Dear Judge Torres:

    I represent Edwin Santiago in the above-captioned matter. Mr. Santiago is scheduled to surrender to FCI Hazelton in West Virginia on April 1, 2024. I write to request Mr. Santiago be permitted to remove his location monitoring device on March 28, 2024 and travel to points between his home and FCI Hazelton provided that he submits an travel itinerary to Pretrial in advance. The Government and Pretrial consent to this request.

    I thank the Court in advance for its consideration of this matter.

                                               Sincerely,

                                               Daniel A. McGuinness

GRANTED.

SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                               ANALISA TORRES
                                         United States District Judge