USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/28/2024__

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)   488 1900
TELECOPIER:  (718)   488 1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF * JAMES
KIRSHNER ROGER
GREENBERG

* ADMITTED IN NY & NJ

March 28, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Joseph Crawford**
Criminal Case No.: 22-cr-00107-AT

Dear Judge Torres:

As you are aware, this firm represents Mr. Joseph Crawford with regards to the above referenced matter. At this time we would like to respectfully request the removal of the ankle bracelet on March 28, 2024. Additionally, we would like to request that Mr. Crawford be permitted to travel between his home and FCI Hazelton. My office has spoken with Officer Francesca Piperato of Southern District Pretrial Services and she has stated that Pretrial Services has no objections to this request. AUSA Kevin Mead has stated that the Government has no objections to this request.

Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

LAZZARO LAW FIRM , P.C.

BY: _____/s/_____
Lance Lazzaro, Esq.

cc: AUSA Kevin Mead via ECF

GRANTED.

SO ORDERED.

Dated: March 28, 2024
New York, New York

ANALISA TORRES
United States District Judge